1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2 BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
5     1301 Clay Street, Suite 340S
    Oakland, California 94612
6     Telephone: (510) 637-3680
    FAX: (510) 637-3724
7     Brigid.Martin@usdoj.gov

8 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 18-416 JD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| ARTHUR MITCHELL, | ) ) | |
| Defendant. | ) ) | |

The parties last appeared in the captioned case on February 20, 2019. The parties now request that the matter be set on April 17, 2019, for further proceedings as set forth herein.

The defendant by and through defense counsel, Joyce Leavitt, requests that the matter be put over for change of plea or motions/trial setting on April 17, 2019, to give the defense time to obtain additional information on the defendant's state supervision status at the time of his arrest for conduct leading to the federal charges. In addition, defense counsel will be out of the office for at least one week prior to April 17, 2019. The United States agrees.

///

///

Stip. and [Proposed] Order
CR 18-416 JD                          1

1    Accordingly, the parties request that the Court add this matter to its criminal calendar on April
2    17, 2019, at 10:30 a.m., for change of plea or motions/trial setting.
3    For the reasons set forth herein, the parties agree that time is appropriately excluded under the
4    Speedy Trial Act between February 20, 2019, and April 17, 2019, for effective preparation of defense
5    counsel and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: February 22, 2019    /s/ Brigid Martin
BRIGID S. MARTIN
Assistant United States Attorney

Dated: February 22, 2019    /s/ Joyce Leavitt
JOYCE LEAVITT
Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based on the parties' joint stipulation and request, IT IS HEREBY ORDERED that this matter is set for change of plea or motions/trial setting on April 17, 2019, at 10:30 a.m.

In addition, based on the parties' assertions and agreement of the parties as set forth in the parties' filed stipulated request, the Court finds that failing to exclude the time between February 20, 2019, and April 17, 2019, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and availability of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 20, 2019, and April 17, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between February 20, 2019, and April 17, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

1  § 3161(h)(7)(B)(iv).

   IT IS SO ORDERED.

   DATED: February 25, 2019

   APPROVED
   Judge James Donato